UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RODRIC PETRECE STANLEY, JR.,

Plaintiff,

v.

CONTRA COSTA COUNTY WEST COUNTY DETENTION FACILITY, et al.,

Defendants.

Case No. 21-cv-02593-JD

**ORDER REOPENING CASE**

Plaintiff, a detainee, filed a pro se civil rights action under 42 U.S.C. § 1983. Defendants filed a motion to dismiss the amended complaint on October 12, 2021. Plaintiff filed a second amended complaint, which defendants sought to dismiss on November 29, 2021. Plaintiff failed to respond and was ordered to file an opposition by April 14, 2022. This was extended to May 13, 2022, at plaintiff's request. Plaintiff did not meet that deadline. The Court provided plaintiff an opportunity to file an opposition by June 3, 2022. Plaintiff did not file an opposition but filed a motion to appoint counsel. The Court denied the motion, noting that plaintiff presented his claims adequately and the issues were not complex. The Court also noted that plaintiff had recently filed an opposition to summary judgment and a motion for a temporary restraining order in another case. Plaintiff was given one final opportunity to file an opposition by June 10, 2022. Plaintiff did not file an opposition or otherwise communicated with the Court; therefore, the case was dismissed without prejudice for failure to prosecute.

Plaintiff has since filed a third amended complaint and an opposition to the motion to dismiss. He contends that he was deprived of his mail for several months. To the extent plaintiff seeks to amend, any such request is denied without prejudice; however, the case will be reopened. The Court will consider whether a third amended complaint is necessary after resolving the

motions to dismiss.  Defendants may file a reply to the motion to dismiss within twenty-one days of service of this order.  The Clerk is requested to **REOPEN** this case.

**IT IS SO ORDERED.**

Dated: August 22, 2022

JAMES DONATO
United States District Judge