UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODRIC PETRECE STANLEY, JR., <br><br> Plaintiff, <br><br> v. <br><br> CONTRA COSTA COUNTY WEST COUNTY DETENTION FACILITY, et al., <br><br> Defendants. | Case No. 21-cv-02593-JD <br><br> **ORDER RE DISMISSAL** |

This is a civil rights complaint filed pro se by a detainee. The Court granted defendants' motion to dismiss and provided plaintiff twenty-eight days to file a third amended complaint. The time to amend has passed and plaintiff has not filed a third amended complaint or otherwise communicated with the Court. This case is **DISMISSED** for failure to state a claim as discussed in the prior order.

**IT IS SO ORDERED.**

Dated: February 10, 2023

JAMES DONATO
United States District Judge